Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Northern District of Alabama
_____ Division

Case No.

FILED
2022 SEP 19 A 11: 47
U.S. DISTRICT COURT
N.D. OF ALABAMA

5:22-CV-1212-MHH

*(to be filled in by the Clerk's Office)*

*Plaintiff(s)*
Allen Caudle
-v-

*Defendant(s)*
United State Of America ET, AL

Blue Cross Blue Shield Alabama
Centers for Medicare
Medical Services

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial: *(check one)* X Yes ' No
If contested

**COMPLAINT FOR A CIVIL CASE**
**Jurisdiction**
This court is the proper venue for this action because the Plaintiff resides and have a place of business in Huntsville, AL
**Bivens Six Unknown Federal Agents of the Bureau Of Narcotics**

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name Allen Okechukwu Caudle

Street Address 6941 Highway 72 West Apartment 1206

City and County Huntsville Madison

State and Zip Code AL 35806

Telephone Number

E-mail Address

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name Blue Cross Blue Shield of Alabama

Job or Title *(if known)*

Street Address 495 Wynn Dr. NW

City and County Huntsville, AL

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 2

 Name Centers for Medicare and Medicaid Service
 Job or Title *(if known)*
 Street Address 7500 Security Boulevard, Baltimore, MD 21244
 City and County
 State and Zip Code
 Telephone Number
 E-mail Address *(if known)*

Defendant No. 3

 Name
 Job or Title *(if known)*
 Street Address
 City and County
 State and Zip Code
 Telephone Number
 E-mail Address *(if known)*

Defendant No. 4

 Name
 Job or Title *(if known)*
 Street Address
 City and County
 State and Zip Code
 Telephone Number
 E-mail Address *(if known)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

' Federal question ' Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* , is a citizen of the State of *(name)* .

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* , is incorporated under the laws of the State of *(name)* , and has its principal place of business in the State of *(name)*

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* , is a citizen of the State of *(name)* . Or is a citizen of

   *(foreign nation)*

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

   b. If the defendant is a corporation

   The defendant, *(name)* , is incorporated under the laws of the State of *(name)* , and has its principal place of business in the State of *(name)* . Or is incorporated under the laws of *(foreign nation)* ,

and has its principal place of business in *(name)* .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:



$50,000,000

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1. **Because the Defendants did not provide and have intentionally acted as Plaintiffs attorney without Plaintiff consent, violated Plaintiff client-attorney to provide no immunity in contesting this action.**

**This is the meaning of violating laws that protect immunity and client attorney rights.**

**2. The Plaintiff sent a Federal Tort Claims request to Defendants and several more, in addition to sending a settlement request.**

**The Defendants failed to respond, violating the Federal Tort claims act.**

**3. The Defendants failed to provide the Plaintiff to equal rights to protection of his rights resulting in the Plaintiffs loose wages and have agreed to pay Plaintiff** $50,000,000

4. The Defendant failed to allow Plaintiff Qualify Benefits causes Plaintiff to suffer pains emotional Distress and to loose wages

## IV. Cure All Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

    A. Enforce that the Defendants are in violation of laws.
    B. Enforce all Claims
    C. Provide any thats due and just to protect and restore Plaintiffs rights
    D. Award mediation to this case and or an attorney. Alternatively
    E. Enforce this action to be sealed.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9-15-2022

Signature of Plaintiff _____
Printed Name of Plaintiff  Allen Caudle

### B. For Attorneys